IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FREDERICK STONE, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:12-CV-308-Y |
| § | |
| RICK THALER, § | |
| Director, T.D.C.J. § | |
| Correctional Institutions Div. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Frederick Stone, along with the September 5, 2012 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until September 25, 2012, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be transferred to the United States Court of Appeals for the Fifth Circuit.

Therefore the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Frederick Stone's petition for writ of habeas corpus is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit.

SIGNED October 4, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE